IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD CALLEN, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-12-1999 |
| FAST TRACK DELIVERY SERVICE, LLC, *et al.* | * | |
| | * | |
| Defendants | | |

* * * * * * * * * * * * *

## MEMORANDUM AND ORDER

The parties have notified the Court that they have agreed to a settlement of this case. Because this case arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the Court must approve the parties' settlement. *See Lane v. Ko-Me, LLC*, Civ. No. DKC-10-2261, 2011 WL 3880427 (D. Md. Aug. 31, 2011) (noting factors typically considered by district courts in approval of FLSA settlements). Accordingly, counsel are directed to submit a detailed, joint request for approval, guided by the *Lane* opinion, along with a proposed order. The parties shall submit their request on or before **November 13, 2012**.

DATED this 23 day of October, 2012.

BY THE COURT:

_____
James K. Bredar
United States District Judge